
# EXHIBIT A

**CERTIFICATION**

I, Steven K. Snyder, Executive Director and Chief investment Officer of the Oklahoma Police Pension & Retirement System (the "OPPRS") hereby certify as follows:

1. OPPRS has reviewed the complaint filed in this matter.

2. OPPRS did not purchase the securities that are the subject of the action at the direction of its counsel or in order to participate in this private action.

3. OPPRS is willing and able to serve as Lead Plaintiff and class representative on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. The transactions of OPPRS in Omnicare, Inc. securities that are the subject of this action are set forth in the chart attached hereto.

5. OPPRS sought to serve as a lead plaintiff, but was not selected, in the following class actions under the federal securities laws during the last three years:

*In re Sequenum, Inc. Securities Litigation,* No. 09-cv-921 (S.D. Cal.)
*In re Wilmington Trust Securities Litig.,* N0. 10-990 (D.Del.)

6. OPPRS is currently serving as a lead plaintiff in the following class actions filed under the federal securities laws during the last three years:

*In re BankUnited Securities Litigation,* No. 08-cv-22S75 (S.D. Fla.)
*Gaer v. Education Management Corp.,* No.1 0-cv-01 061 (W.D. Penn.)

7. OPPRS will not accept any payment for serving as a representative party on behalf of the Class beyond its pro rata share of any recovery, except such reasonable costs and expenses (excluding lost wages) relating to the representation of the Class as ordered or approved by the court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed this 19th day of September 2011.

OKLAHOMA POLICE PENSION
AND RETIREMENT SYSTEM

By: ______________________
Steven K. Snyder
Executive Director and Chief
Investment Officer

**Oklahoma Police**

***Transactions in Omnicare, Inc.***

**Cusip:** 681904108
**Ticker:** OCR
**Period:** January 10, 2007 through August 4, 2010

| Class Period Purchases | | |
|---|---|---|
| Trade Date | Quantity | Price |
| 01/30/07 | 12,600 | $40.25 |
| 04/27/07 | 7,255 | $35.60 |
| 04/27/07 | 25,995 | $35.63 |
| 12/14/07 | 24,590 | $24.65 |
| 12/14/07 | 1,485 | $24.48 |
| 05/07/09 | 12,810 | $27.01 |

| Class Period Sales | | |
|---|---|---|
| Trade Date | Quantity | Price |
| 06/26/07 | 5,970 | $36.08 |
| 07/09/08 | 2,380 | $24.91 |
| 07/09/08 | 3,205 | $24.94 |
| 07/10/08 | 1,175 | $25.32 |
| 07/10/08 | 3,595 | $24.80 |
| 07/10/08 | 1,435 | $24.85 |
| 07/11/08 | 4,760 | $25.27 |
| 09/10/08 | 5,085 | $31.84 |
| 09/10/08 | 7,250 | $31.85 |