Eastern District of Kentucky
FILED
OCT 24 2011
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

---

PAUL ANSFIELD, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

OMNICARE, INC., JOEL GEMUNDER, DAVID W. FROESEL, JR., and JOHN L. WORKMAN,

Defendants.

---

Case No.: 2:11-cv-00173
(DLB (CJS)

CLASS ACTION

## MOTION OF KBC ASSET MANAGEMENT N.V. FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LOCAL COUNSEL

**KIRBY McINERNEY LLP**
Ira M. Press
David E. Kovel
James Carroll
825 Third Avenue, 16th Floor
New York, NY  10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
Email:  dkovel@kmllp.com
        ipress@kmllp.com

*Proposed Lead Counsel*

**BALLARD ROGERS LAW, PLLC**
Breaux Ballard Rogers
539 W. Market St., Suite 300
Louisville, KY   40202
Telephone: (502) 640-3535
Facsimile: (502) 582-2296
Email: ballard@ballardrogerslaw.com

*Proposed Local Counsel*

KBC Asset Management N.V. ("KBC" or "Movant"), by undersigned counsel, hereby moves this Court for an order: (i) appointing KBC as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B)(iii); and (ii) approving its selection of Kirby McInerney LLP as lead counsel, and Ballard Rogers Law, PLLC as local counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). In support of this Motion, KBC submits herewith a Memorandum of Law, the Declaration of David E. Kovel, and a [Proposed] Order.

Dated: October 24, 2011

By: *[signature]*

**BALLARD ROGERS LAW, PLLC**
Breaux Ballard Rogers (KBA 84909)
539 W. Market St., Suite 300
Louisville, KY  40202
Telephone: (502) 640-3535
Facsimile: (502) 582-2296
Email: ballard@ballardrogerslaw.com

*Proposed Local Counsel*

Of Counsel:

**KIRBY McINERNEY LLP**
Ira M. Press
David E. Kovel
James Carroll
825 Third Avenue, 16th Floor
New York, NY  10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
Email: dkovel@kmllp.com
           ipress@kmllp.com

*Proposed Lead Counsel*

**STURMAN LLC**
Deborah Sturman
275 Seventh Avenue, 2nd Floor
New York, NY  10001
Telephone: (212) 367-7017
Facsimile: (917) 546-2544
Email: sturman@sturman.ch

*Additional Counsel for Movant*