# EXHIBIT C

PLATO INST.I.F. - LIFO

**KBC Asset Management N.V. Loss Calculation in Omnicare (NYSE: OCR)**
*Class period January 10, 2007 through August 05, 2010*

PLATO INST.I.F. NORTH AMERICAN EQ.

Pre-class period shares -- 2,212

2,212 Purchases before class period
0 Sales before class period
2,212 Total before class period

| Date | Buy | Sell | | | Price | Purchase Expenditures | Sale Proceeds |
|---|---|---|---|---|---|---|---|
| 6/29/2007 | 1,804 | | | $ | 36.06 | (65,052.24) | |
| 5/30/2008 | | 1,197 | | $ | 24.48 | | |
| 5/30/2008 | | 1,803 | | $ | 24.48 | | 44,161.92 |
| 2/27/2009 | 3,299 | | | $ | 25.93 | (85,543.07) | |
| 7/15/2009 | 272 | | | $ | 25.87 | (7,036.64) | |

Total  (157,631.95)  44,161.92

| | | |
|---|---|---|
| Total Shares Purchased | 5,375 | |
| Expenditures | (157,631.95) | |
| Total Shares Sold | 3,000 | |
| LIFO Recognized Sales | 1,804 | |
| Proceeds | 44,161.92 | |
| Shares Held | 3,571 | |
| Value* | 78,204.90 | |

Expenditures on shares purchased          (157,631.95)
- Proceeds from shares purchased and sold    44,161.92
- Value of shares purchased and held          78,204.90

Damages          (35,265.13)

*Pursuant to PSLRA, retained shares were valued at the average closing price of the shares during the 90 days following the close of the class period. The 90 days lookback average closing price between 08/06/10 and 11/04/10 is $21.90

** Pursuant to FIFO methodology, class period sales are matched against the earliest purchased shares that have not yet been matched to sales. Insofar as the sales are matched to shares that were purchased pre-class period, the sale proceeds are disregarded in the calculation.

*** Pursuant to LIFO methodology, class period sales are matched against most recent open purchases on a last in, first out basis. When all of the prior class period purchases have been matched against class period sales, sales are then matched against pre class period purchases. Class period sales matched against pre class period purchases are not counted in the loss calculations.

**** Sales less than 90 days after the end of the class period of shares that were purchased during the class period are counted for loss calculation purposes at the greater of (a) the sale price or (b) the average closing price of the shares from the end of the class period through the date of the sale.

SIVEK GLOBAL HIGH - FIFO + LIFO

**KBC Asset Management N.V. Loss Calculation in Omnicare (NYSE: OCR)**
*Class period January 10, 2007 through August 05, 2010*

SIVEK - GLOBAL HIGH

Pre-class period shares – 0

0 Purchases before class period
0 Sales before class period
0 Total before class period

| Date | Buy | Sell | | Price | Purchase Expenditures | Sale Proceeds |
|---|---|---|---|---|---|---|
| 4/20/2007 | 2,326 | | | $ 41.21 | (95,853.06) | |
| 8/27/2007 | | 527 | | $ 32.96 | | 17,369.92 |
| 11/14/2007 | | 665 | | $ 27.78 | | 18,473.70 |
| 8/21/2008 | | 407 | | $ 31.04 | | 12,632.67 |
| 9/17/2008 | | 727 | | $ 29.35 | | 21,339.92 |
| 5/29/2009 | 988 | | | $ 26.76 | (26,439.47) | |
| 7/31/2009 | 283 | | | $ 23.88 | (6,758.46) | |
| 1/5/2010 | | 1,271 | | $ 24.64 | | 31,315.66 |

Total   (129,051.00)   101,131.87

| | | | |
|---|---|---|---|
| Total Shares Purchased | 3,597 | Expenditures on shares purchased | (129,051.00) |
| | | - Proceeds from shares purchased and sold | 101,131.87 |
| Expenditures | (129,051.00) | - Value of shares purchased and held | 0.00 |
| Total Shares Sold | 3,597 | | |
| FIFO/LIFO Recognized Sales | 3,597 | Damages | (27,919.13) |
| Proceeds | 101,131.87 | | |
| Shares Held | 0 | | |
| Value* | 0.00 | | |

*Pursuant to PSLRA, retained shares were valued at the average closing price of the shares during the 90 days following the close of the class period. The 90 days lookback average closing price between 08/06/10 and 11/04/10 is $21.90

** Pursuant to FIFO methodology, class period sales are matched against the earliest purchased shares that have not yet been matched to sales. Insofar as the sales are matched to shares that were purchased pre-class period, the sale proceeds are disregarded in the calculation.

*** Pursuant to LIFO methodology, class period sales are matched against most recent open purchases on a last in, first out basis. When all of the prior class period purchases have been matched against class period sales, sales are then matched against pre class period purchases. Class period sales matched against pre class period purchases are not counted in the loss calculations.

**** Sales less than 90 days after the end of the class period of shares that were purchased during the class period are counted for loss calculation purposes at the greater of (a) the sale price or (b) the average closing price of the shares from the end of the class period through the date of the sale.

SIVEK GLOBAL MED. - FIFO + LIFO

**KBC Asset Management N.V. Loss Calculation in Omnicare (NYSE: OCR)**
*Class period January 10, 2007 through August 05, 2010*

<u>SIVEK - GLOBAL MEDIUM</u>

Pre-class period shares – 0

0 Purchases before class period
0 Sales before class period
0 Total before class period

| Date | Buy | Sell | | | Price | | Purchase Expenditures | Sale Proceeds |
|---|---|---|---|---|---|---|---|---|
| 4/20/2007 | 8,171 | | | | $ | 41.21 | (336,722.01) | |
| 6/22/2007 | | 1,500 | | | $ | 36.38 | | 54,566.70 |
| 10/19/2007 | | 994 | | | $ | 33.12 | | 32,919.99 |
| 11/14/2007 | | 1,786 | | | $ | 27.78 | | 49,615.08 |
| 7/8/2008 | | 874 | | | $ | 25.29 | | 22,102.15 |
| 9/17/2008 | | 3,017 | | | $ | 29.35 | | 88,559.21 |
| 5/29/2009 | 3,702 | | | | $ | 26.76 | (99,067.74) | |
| 6/18/2009 | 312 | | | | $ | 25.33 | (7,903.21) | |
| 7/1/2009 | | 652 | | | $ | 25.69 | | 16,751.44 |
| 7/31/2009 | 1,414 | | | | $ | 23.88 | (33,768.44) | |
| 9/4/2009 | 479 | | | | $ | 23.23 | (11,129.33) | |
| 1/5/2010 | | 5,255 | | | $ | 24.64 | | 129,475.84 |

Total  (488,590.72)  393,990.41

| | | | | |
|---|---|---|---|---|
| Total Shares Purchased | 14,078 | Expenditures on shares purchased | (488,590.72) | |
| | | - Proceeds from shares purchased and sold | 393,990.41 | |
| Expenditures | (488,590.72) | - Value of shares purchased and held | 0.00 | |
| Total Shares Sold | 14,078 | | | |
| FIFO/LIFO Recognized | | Damages | (94,600.31) | |
| Sales | 14,078 | | | |
| Proceeds | 393,990.41 | | | |
| Shares Held | 0 | | | |
| Value* | 0.00 | | | |

*Pursuant to PSLRA, retained shares were valued at the average closing price of the shares during the 90 days following the close of the class period. The 90 days lookback average closing price between 08/06/10 and 11/04/10 is $21.90

** Pursuant to FIFO methodology, class period sales are matched against the earliest purchased shares that have not yet been matched to sales. Insofar as the sales are matched to shares that were purchased pre-class period, the sale proceeds are disregarded in the calculation.

*** Pursuant to LIFO methodology, class period sales are matched against most recent open purchases on a last in, first out basis. When all of the prior class period purchases have been matched against class period sales, sales are then matched against pre class period purchases. Class period sales matched against pre class period purchases are not counted in the loss calculations.

**** Sales less than 90 days after the end of the class period of shares that were purchased during the class period are counted for loss calculation purposes at the greater of (a) the sale price or (b) the average closing price of the shares from the end of the class period through the date of the sale.

PRIV. PORT. EQ. - FIFO + LIFO

**KBC Asset Management N.V. Loss Calculation in Omnicare (NYSE: OCR)**
*Class period January 10, 2007 through August 05, 2010*

<u>PRIVILEGED PORTFOLIO EQUITY</u>

Pre-class period shares — 0

0 Purchases before class period
0 Sales before class period
0 Total before class period

| Date | Buy | Sell | | | Price | Purchase Expenditures | Sale Proceeds |
|---|---|---|---|---|---|---|---|
| 10/31/2008 | 574 | | | $ | 27.50 | (15,786.55) | |
| 12/18/2008 | 2,073 | | | $ | 25.86 | (53,611.93) | |
| 12/19/2008 | | 465 | | $ | 26.26 | | 12,210.39 |
| 6/1/2009 | 830 | | | $ | 27.69 | (22,982.70) | |
| 1/23/2009 | 386 | | | $ | 28.50 | (10,999.26) | |
| 1/30/2009 | 2,089 | | | $ | 28.04 | (58,565.12) | |
| 2/19/2009 | | 386 | | $ | 28.60 | | 11,037.75 |
| 3/4/2009 | | 720 | | $ | 23.63 | | 17,013.53 |
| 3/19/2009 | | 795 | | $ | 23.83 | | 18,947.08 |
| 3/25/2009 | 783 | | | $ | 23.98 | (18,780.18) | |
| 4/3/2009 | 488 | | | $ | 24.84 | (12,124.31) | |
| 4/17/2009 | 1,227 | | | $ | 27.49 | (33,724.59) | |
| 4/30/2009 | 3,996 | | | $ | 25.51 | (101,957.14) | |
| 5/7/2009 | 957 | | | $ | 26.63 | (25,487.02) | |
| 5/19/2009 | | 2,177 | | $ | 26.94 | | 58,649.47 |
| 7/6/2009 | 39,573 | | | $ | 25.03 | (990,670.48) | |
| 7/22/2009 | 5,630 | | | $ | 25.58 | (143,997.95) | |
| 7/31/2009 | 21,960 | | | $ | 23.88 | (524,437.74) | |
| 8/7/2009 | 6,041 | | | $ | 23.44 | (141,629.43) | |
| 8/19/2009 | 2,094 | | | $ | 23.39 | (48,983.69) | |
| 9/8/2009 | 6,489 | | | $ | 23.04 | (149,515.64) | |
| 9/16/2009 | 15,245 | | | $ | 24.51 | (373,609.22) | |
| 10/9/2009 | | 12,816 | | $ | 21.54 | | 276,114.31 |
| 11/18/2009 | | 972 | | $ | 24.20 | | 23,526.09 |
| 12/22/2009 | | 38,351 | | $ | 24.15 | | 926,307.04 |
| 12/23/2009 | | 11,500 | | $ | 24.14 | | 277,638.75 |
| 1/6/2010 | | 40,830 | | $ | 24.59 | | 1,003,989.29 |
| 1/21/2010 | | 1,423 | | $ | 24.96 | | 35,517.51 |
| 1/29/2010 | 1,156 | | | $ | 25.04 | (28,942.66) | |
| 2/17/2010 | | 1,156 | | $ | 25.66 | | 29,665.04 |
| 5/20/2010 | 12,230 | | | $ | 24.97 | (305,356.19) | |
| 5/25/2010 | | 1,686 | | $ | 23.84 | | 40,199.80 |
| 5/26/2010 | | 940 | | $ | 24.17 | | 22,716.32 |
| 6/4/2010 | 830 | | | $ | 24.71 | (20,506.64) | |
| 6/17/2010 | 744 | | | $ | 26.00 | (19,345.19) | |
| 6/29/2010 | | 1,108 | | $ | 23.80 | | 26,374.17 |
| 7/1/2010 | | 804 | | $ | 23.51 | | 18,903.89 |

PRIV. PORT. EQ. - FIFO + LIFO

| | | Total | (3,101,013.62) | 2,798,810.43 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Total Shares Purchased | 125,395 | Expenditures on shares purchased | (3,101,013.62) |
| | | - Proceeds from shares purchased and sold | 2,798,810.43 |
| Expenditures | (3,101,013.62) | - Value of shares purchased and held | 202,925.40 |
| Total Shares Sold | 116,129 | Damages | (99,277.79) |
| FIFO/LIFO Recognized Sales | 116,129 | | |
| Proceeds | 2,798,810.43 | | |
| Shares Held | 9,266 | | |
| Value* | 202,925.40 | | |

*Pursuant to PSLRA, retained shares were valued at the average closing price of the shares during the 90 days following the close of the class period. The 90 days lookback average closing price between 08/06/10 and 11/04/10 is $21.90

** Pursuant to FIFO methodology, class period sales are matched against the earliest purchased shares that have not yet been matched to sales. Insofar as the sales are matched to shares that were purchased pre-class period, the sale proceeds are disregarded in the calculation.

*** Pursuant to LIFO methodology, class period sales are matched against most recent open purchases on a last in, first out basis. When all of the prior class period purchases have been matched against class period sales, sales are then matched against pre class period purchases. Class period sales matched against pre class period purchases are not counted in the loss calculations.

**** Sales less than 90 days after the end of the class period of shares that were purchased during the class period are counted for loss calculation purposes at the greater of (a) the sale price or (b) the average closing price of the shares from the end of the class period through the date of the sale.

SIVEK GLOBAL LOW - FIFO + LIFO

**KBC Asset Management N.V. Loss Calculation in Omnicare (NYSE: OCR)**
*Class period January 10, 2007 through August 05, 2010*

<u>SIVEK - GLOBAL LOW</u>

Pre-class period shares -- 0

0 Purchases before class period
0 Sales before class period
0 Total before class period

| Date | Buy | Sell | | | Price | Purchase Expenditures | Sale Proceeds |
|---|---|---|---|---|---|---|---|
| 4/20/2007 | 1,582 | | | $ | 41.21 | (65,193.27) | |
| 6/22/2007 | | 298 | | $ | 36.38 | | 10,840.58 |
| 11/14/2007 | | 564 | | $ | 27.78 | | 15,667.92 |
| 8/21/2008 | | 253 | | $ | 31.04 | | 7,852.74 |
| 9/17/2008 | | 467 | | $ | 29.35 | | 13,708.04 |
| 5/29/2009 | 717 | | | $ | 26.76 | (19,187.35) | |
| 7/31/2009 | 203 | | | $ | 23.88 | (4,847.94) | |
| 1/5/2010 | | 920 | | $ | 24.64 | | 22,667.51 |

|  |  |  |
|---|---|---|
| Total | (89,228.57) | 70,736.79 |

| | | | | |
|---|---|---|---|---|
| Total Shares Purchased | 2,502 | Expenditures on shares purchased | (89,228.57) | |
| | | - Proceeds from shares purchased and sold | 70,736.79 | |
| Expenditures | (89,228.57) | - Value of shares purchased and held | 0.00 | |
| Total Shares Sold | 2,502 | | | |
| | | Damages | (18,491.77) | |
| FIFO/LIFO Recognized Sales | 2,502 | | | |
| Proceeds | 70,736.79 | | | |
| Shares Held | 0 | | | |
| Value* | 0.00 | | | |

*Pursuant to PSLRA, retained shares were valued at the average closing price of the shares during the 90 days following the close of the class period. The 90 days lookback average closing price between 08/06/10 and 11/04/10 is $21.90

** Pursuant to FIFO methodology, class period sales are matched against the earliest purchased shares that have not yet been matched to sales.  Insofar as the sales are matched to shares that were purchased pre-class period, the sale proceeds are disregarded in the calculation.

*** Pursuant to LIFO methodology, class period sales are matched against most recent open purchases on a last in, first out basis. When all of the prior class period purchases have been matched against class period sales, sales are then matched against pre class period purchases. Class period sales matched against pre class period purchases are not counted in the loss calculations.

**** Sales less than 90 days after the end of the class period of shares that were purchased during the class period are counted for loss calculation purposes at the greater of (a) the sale price or (b) the average closing price of the shares from the end of the class period through the date of the sale.

KBC EQ. - WORLD - FIFO + LIFO

**KBC Asset Management N.V. Loss Calculation in Omnicare (NYSE: OCR)**
*Class period January 10, 2007 through August 05, 2010*

<u>KBC EQUITY FUND - WORLD</u>

Pre-class period shares – 0        0 Purchases before class period
                                   0 Sales before class period
                                   0 Total before class period

| Date | Buy | Sell | | | Price | Purchase Expenditures | Sale Proceeds |
|---|---|---|---|---|---|---|---|
| 4/20/2007 | 1,339 | | | $ | 41.21 | (55,179.39) | |
| 5/7/2007 | | 87 | | $ | 37.39 | | 3,252.93 |
| 8/17/2007 | | 118 | | $ | 32.90 | | 3,882.20 |
| 9/13/2007 | | 238 | | $ | 29.93 | | 7,123.58 |
| 10/9/2007 | | 207 | | $ | 32.99 | | 6,828.93 |
| 10/19/2007 | | 184 | | $ | 33.12 | | 6,093.84 |
| 1/25/2008 | | 505 | | $ | 22.00 | | 11,110.00 |

                                                    Total      (55,179.39)        38,291.48

| | | | | |
|---|---|---|---|---|
| Total Shares Purchased | 1,339 | Expenditures on shares purchased | (55,179.39) | |
| | | - Proceeds from shares purchased and sold | 38,291.48 | |
| Expenditures | (55,179.39) | - Value of shares purchased and held | 0.00 | |
| Total Shares Sold | 1,339 | | | |
| FIFO/LIFO Recognized Sales | 1,339 | Damages | (16,887.91) | |
| Proceeds | 38,291.48 | | | |
| Shares Held | 0 | | | |
| Value* | 0.00 | | | |

*Pursuant to PSLRA, retained shares were valued at the average closing price of the shares during the 90 days following the close of the class period. The 90 days lookback average closing price between 08/06/10 and 11/04/10 is $21.90

** Pursuant to FIFO methodology, class period sales are matched against the earliest purchased shares that have not yet been matched to sales.  Insofar as the sales are matched to shares that were purchased pre-class period, the sale proceeds are disregarded in the calculation.

*** Pursuant to LIFO methodology, class period sales are matched against most recent open purchases on a last in, first out basis. When all of the prior class period purchases have been matched against class period sales, sales are then matched against pre class period purchases. Class period sales matched against pre class period purchases are not counted in the loss calculations.

**** Sales less than 90 days after the end of the class period of shares that were purchased during the class period are counted for loss calculation purposes at the greater of (a) the sale price or (b) the average closing price of the shares from the end of the class period through the date of the sale.

KBC EQ. - AM. - FIFO + LIFO

**KBC Asset Management N.V. Loss Calculation in Omnicare (NYSE: OCR)**
*Class period January 10, 2007 through August 05, 2010*

### KBC EQUITY FUND - AMERICA

Pre-class period shares -- 0

0 Purchases before class period
0 Sales before class period
0 Total before class period

| Date | Buy | Sell | | | Price | Purchase Expenditures | Sale Proceeds |
|---|---|---|---|---|---|---|---|
| 4/20/2007 | 23,873 | | | $ | 41.21 | (983,792.01) | |
| 7/3/2007 | 1,711 | | | $ | 37.25 | (63,734.75) | |
| 8/16/2007 | | 2,082 | | $ | 32.95 | | 68,592.11 |
| 9/5/2007 | 1,902 | | | $ | 32.69 | (62,176.38) | |
| 10/9/2007 | 207 | | | $ | 32.99 | (6,828.93) | |
| 10/19/2007 | | 3,625 | | $ | 33.12 | | 120,055.29 |
| 11/14/2007 | 3,126 | | | $ | 27.78 | (86,840.28) | |
| 11/14/2007 | 379 | | | $ | 27.86 | (10,558.52) | |
| 12/19/2007 | | 6,443 | | $ | 23.07 | | 148,637.43 |
| 1/14/2008 | | 1,646 | | $ | 23.72 | | 39,039.17 |
| 1/16/2008 | | 2,675 | | $ | 24.84 | | 66,450.21 |
| 2/1/2008 | 571 | | | $ | 22.60 | (12,904.60) | |
| 2/20/2008 | 7,855 | | | $ | 21.48 | (168,725.40) | |
| 3/7/2008 | | 1,929 | | $ | 18.14 | | 34,992.06 |
| 4/2/2008 | 3,070 | | | $ | 18.65 | (57,255.50) | |
| 5/6/2008 | 4,603 | | | $ | 20.86 | (96,000.63) | |
| 5/8/2008 | 3,088 | | | $ | 22.48 | (69,418.24) | |
| 5/8/2008 | 1,929 | | | $ | 23.48 | (45,294.46) | |
| 5/30/2008 | 1,803 | | | $ | 24.48 | (44,137.44) | |
| 6/6/2008 | | 3,267 | | $ | 24.42 | | 79,768.05 |
| 6/6/2008 | | 1,080 | | $ | 24.41 | | 26,358.59 |
| 6/9/2008 | | 4,981 | | $ | 24.01 | | 119,584.84 |
| 6/20/2008 | | 2,848 | | $ | 25.02 | | 71,250.41 |
| 6/24/2008 | | 3,014 | | $ | 24.64 | | 74,278.22 |
| 6/27/2008 | | 1,538 | | $ | 25.85 | | 39,757.30 |
| 7/2/2008 | | 2,169 | | $ | 25.19 | | 54,631.04 |
| 8/5/2008 | 4,363 | | | $ | 30.49 | (133,027.87) | |
| 8/21/2008 | 2,512 | | | $ | 31.18 | (78,324.16) | |
| 8/21/2008 | 390 | | | $ | 31.09 | (12,124.91) | |
| 9/17/2008 | | 24,085 | | $ | 29.35 | | 706,976.64 |
| 5/29/2009 | 18,320 | | | $ | 26.76 | (490,254.19) | |
| 7/10/2009 | 832 | | | $ | 25.06 | (20,853.75) | |
| 7/27/2009 | 1,951 | | | $ | 27.15 | (52,974.33) | |
| 7/31/2009 | 9,901 | | | $ | 23.88 | (236,450.73) | |
| 8/14/2009 | 3,081 | | | $ | 23.33 | (71,885.58) | |
| 10/5/2009 | 3,091 | | | $ | 21.71 | (67,118.90) | |
| 11/12/2009 | 3,146 | | | $ | 24.06 | (75,702.83) | |
| 1/4/2010 | | 40,322 | | $ | 24.69 | | 995,687.27 |

KBC EQ. - AM. - FIFO + LIFO

|  |  | Total | (2,946,384.39) | 2,646,058.64 |
|---|---|---|---|---|

| | | Expenditures on shares purchased | (2,946,384.39) |
|---|---|---|---|
| Total Shares Purchased | 101,704 | - Proceeds from shares purchased and sold | 2,646,058.64 |
| | | - Value of shares purchased and held | 0.00 |
| Expenditures | (2,946,384.39) | | |
| | | Damages | (300,325.75) |
| Total Shares Sold | 101,704 | | |

| | |
|---|---|
| FIFO/LIFO Recognized Sales | 101,704 |
| Proceeds | 2,646,058.64 |
| Shares Held | 0 |
| Value* | 0.00 |

*Pursuant to PSLRA, retained shares were valued at the average closing price of the shares during the 90 days following the close of the class period. The 90 days lookback average closing price between 08/06/10 and 11/04/10 is $21.90

** Pursuant to FIFO methodology, class period sales are matched against the earliest purchased shares that have not yet been matched to sales.  Insofar as the sales are matched to shares that were purchased pre-class period, the sale proceeds are disregarded in the calculation.

*** Pursuant to LIFO methodology, class period sales are matched against most recent open purchases on a last in, first out basis. When all of the prior class  period purchases have been matched against class period sales, sales are then matched against pre class period purchases. Class period sales matched against pre class period purchases are not counted in the loss calculations.

**** Sales less than 90 days after the end of the class period of shares that were purchased during the class period are counted for loss calculation purposes at the greater of (a) the sale price or (b) the average closing price of the shares from the end of the class period through the date of the sale.

KBC EQ. - PHARMA - FIFO + LIFO

**KBC Asset Management N.V. Loss Calculation in Omnicare (NYSE: OCR)**
*Class period January 10, 2007 through August 05, 2010*

### KBC EQUITY FUND - PHARMA

Pre-class period shares – 7,635

| | |
|---|---|
| 7,635 | Purchases before class period |
| 0 | Sales before class period |
| 7,635 | Total before class period |

| Date | Buy | Sell | | | Price | Purchase Expenditures | Sale Proceeds |
|---|---|---|---|---|---|---|---|
| 1/29/2007 | | 7,635 | | $ | 40.37 | | |
| 5/7/2007 | 57,263 | | | $ | 34.35 | (1,967,075.67) | |
| 9/28/2007 | | 57,263 | | $ | 33.22 | | 1,902,437.20 |
| 6/27/2008 | 45,304 | | | $ | 25.86 | (1,171,561.44) | |
| 6/27/2008 | 1,838 | | | $ | 25.85 | (47,512.30) | |
| 7/31/2008 | | 47,142 | | $ | 28.94 | | 1,364,393.19 |
| 6/10/2009 | 64,345 | | | $ | 24.39 | (1,569,297.34) | |
| 7/22/2009 | 2,839 | | | $ | 25.60 | (72,678.40) | |
| 7/27/2009 | 3,579 | | | $ | 27.15 | (97,178.44) | |
| 7/31/2009 | 2,345 | | | $ | 23.88 | (56,002.12) | |
| 8/7/2009 | 1,600 | | | $ | 23.45 | (37,514.24) | |
| 8/14/2009 | 2,855 | | | $ | 23.33 | (66,612.86) | |
| 8/19/2009 | | 2,038 | | $ | 23.39 | | 47,662.09 |
| 8/24/2009 | 1,750 | | | $ | 23.78 | (41,620.95) | |
| 8/26/2009 | 4,343 | | | $ | 23.49 | (102,000.13) | |
| 9/8/2009 | 2,787 | | | $ | 23.04 | (64,210.25) | |
| 9/18/2009 | 1,384 | | | $ | 24.17 | (33,457.51) | |
| 11/18/2009 | | 83,834 | | $ | 24.21 | | 2,029,269.04 |
| 1/21/2010 | | 74 | | $ | 24.88 | | 1,841.12 |
| 1/22/2010 | | 140 | | $ | 24.98 | | 3,497.20 |
| 1/26/2010 | | 47 | | $ | 25.07 | | 1,178.29 |
| 2/17/2010 | | 146 | | $ | 25.72 | | 3,755.12 |
| 2/19/2010 | | 96 | | $ | 26.10 | | 2,505.60 |
| 4/30/2010 | | 98 | | $ | 28.63 | | 2,805.74 |
| 5/7/2010 | 48,143 | | | $ | 26.00 | (1,251,881.69) | |
| 7/27/2010 | | 25,969 | | $ | 24.91 | | 646,799.50 |
| 7/30/2010 | | 428 | | $ | 24.65 | | 10,550.41 |

| | | |
|---|---|---|
| Total | (6,578,603.33) | 6,016,694.50 |

| | | | | |
|---|---|---|---|---|
| Total Shares Purchased | 240,375 | Expenditures on shares purchased | (6,578,603.33) | |
| | | - Proceeds from shares purchased and sold | 6,016,694.50 | |
| Expenditures | (6,578,603.33) | - Value of shares purchased and held | 505,890.00 | |
| Total Shares Sold | 217,275 | Damages | (56,018.83) | |
| FIFO/LIFO Recognized Sales | 217,275 | | | |

KBC EQ. - PHARMA - FIFO + LIFO

| | |
|---|---|
| Proceeds | 6,016,694.50 |
| Shares Held | 23,100 |
| Value** | 505,890.00 |

*Pursuant to PSLRA, retained shares were valued at the average closing price of the shares during the 90 days following the close of the class period. The 90 days lookback average closing price between 08/06/10 and 11/04/10 is $21.90

** Pursuant to FIFO methodology, class period sales are matched against the earliest purchased shares that have not yet been matched to sales. Insofar as the sales are matched to shares that were purchased pre-class period, the sale proceeds are disregarded in the calculation.

*** Pursuant to LIFO methodology, class period sales are matched against most recent open purchases on a last in, first out basis. When all of the prior class period purchases have been matched against class period sales, sales are then matched against pre class period purchases. Class period sales matched against pre class period purchases are not counted in the loss calculations.

**** Sales less than 90 days after the end of the class period of shares that were purchased during the class period are counted for loss calculation purposes at the greater of (a) the sale price or (b) the average closing price of the shares from the end of the class period through the date of the sale.

KBC IF-SRI WORLD - FIFO + LIFO

## KBC Asset Management N.V. Loss Calculation in Omnicare (NYSE: OCR)
*Class period January 10, 2007 through August 05, 2010*

### KBC IF - SRI WORLD EQUITY

Pre-class period shares – 0

0 Purchases before class period
0 Sales before class period
0 Total before class period

| Date | Buy | Sell | | | Price | Purchase Expenditures | Sale Proceeds |
|---|---|---|---|---|---|---|---|
| 4/20/2007 | 354 | | | $ | 41.21 | (14,588.13) | |
| 6/22/2007 | | 85 | | $ | 36.32 | | 3,087.20 |
| 7/12/2007 | | 63 | | $ | 36.83 | | 2,320.29 |
| 11/14/2007 | | 111 | | $ | 27.78 | | 3,083.58 |
| 5/12/2009 | | 95 | | $ | 28.22 | | 2,680.90 |

Total   (14,588.13)   11,171.97

| | | | |
|---|---|---|---|
| Total Shares Purchased | 354 | Expenditures on shares purchased | (14,588.13) |
| | | - Proceeds from shares purchased and sold | 11,171.97 |
| Expenditures | (14,588.13) | - Value of shares purchased and held | 0.00 |
| Total Shares Sold | 354 | | |
| | | Damages | (3,416.16) |
| FIFO/LIFO Recognized Sales | 354 | | |
| Proceeds | 11,171.97 | | |
| Shares Held | 0 | | |
| Value* | 0.00 | | |

*Pursuant to PSLRA, retained shares were valued at the average closing price of the shares during the 90 days following the close of the class period. The 90 days lookback average closing price between 08/06/10 and 11/04/10 is $21.90

** Pursuant to FIFO methodology, class period sales are matched against the earliest purchased shares that have not yet been matched to sales. Insofar as the sales are matched to shares that were purchased pre-class period, the sale proceeds are disregarded in the calculation.

*** Pursuant to LIFO methodology, class period sales are matched against most recent open purchases on a last in, first out basis. When all of the prior class period purchases have been matched against class period sales, sales are then matched against pre class period purchases. Class period sales matched against pre class period purchases are not counted in the loss calculations.

**** Sales less than 90 days after the end of the class period of shares that were purchased during the class period are counted for loss calculation purposes at the greater of (a) the sale price or (b) the average closing price of the shares from the end of the class period through the date of the sale.

KBC EQ.-BUYBACK AM- FIFO + LIFO

**KBC Asset Management N.V. Loss Calculation in Omnicare (NYSE: OCR)**
*Class period January 10, 2007 through August 05, 2010*

### KBC EQUITY FUND - BUYBACK AMERICA

Pre-class period shares -- 0

0 Purchases before class period
0 Sales before class period
0 Total before class period

| Date | Buy | Sell | | | Price | Purchase Expenditures | Sale Proceeds |
|---|---|---|---|---|---|---|---|
| 4/25/2008 | 5,100 | | | $ | 19.42 | (99,055.77) | |
| 5/28/2008 | | 900 | | $ | 23.50 | | 21,150 |
| 6/10/2008 | | 172 | | $ | 25.46 | | 4,379 |
| 6/24/2008 | | 287 | | $ | 24.64 | | 7,073 |
| 6/27/2008 | | 300 | | $ | 25.85 | | 7,755 |
| 7/3/2008 | 135 | | | $ | 24.86 | (3,356.10) | |
| 7/23/2008 | | 312 | | $ | 26.50 | | 8,268 |
| 7/30/2008 | 1,100 | | | $ | 26.12 | (28,732.00) | |
| 8/5/2008 | 1,287 | | | $ | 30.49 | (39,240.63) | |
| 8/21/2008 | | 582 | | $ | 31.18 | | 18,147 |
| 8/28/2008 | 600 | | | $ | 32.59 | (19,552.02) | |
| 9/3/2008 | 523 | | | $ | 31.65 | (16,552.74) | |
| 9/12/2008 | | 588 | | $ | 31.80 | | 18,699 |
| 9/24/2008 | 1,700 | | | $ | 30.10 | (51,177.82) | |
| 10/8/2008 | | 300 | | $ | 26.21 | | 7,864 |
| 10/10/2008 | | 478 | | $ | 22.58 | | 10,793 |
| 10/24/2008 | | 341 | | $ | 21.75 | | 7,416 |
| 11/28/2008 | 474 | | | $ | 23.15 | (10,973.10) | |
| 12/22/2008 | | 111 | | $ | 25.23 | | 2,801 |
| 1/6/2009 | 259 | | | $ | 27.63 | (7,157.23) | |
| 1/21/2009 | | 194 | | $ | 27.50 | | 5,335 |
| 4/16/2009 | 268 | | | $ | 25.37 | (6,798.84) | |
| 5/7/2009 | 365 | | | $ | 26.63 | (9,718.93) | |
| 5/26/2009 | | 269 | | $ | 26.45 | | 7,115 |
| 6/15/2009 | 553 | | | $ | 24.22 | (13,391.61) | |
| 7/27/2009 | 584 | | | $ | 27.15 | (15,857.00) | |
| 8/25/2009 | 1,147 | | | $ | 24.01 | (27,544.75) | |
| 9/3/2009 | | 953 | | $ | 22.95 | | 21,871 |
| 9/8/2009 | 1,021 | | | $ | 23.04 | (23,525.47) | |
| 1/6/2010 | 1,115 | | | $ | 24.59 | (27,420.19) | |
| 1/22/2010 | | 1,146 | | $ | 24.89 | | 28,519 |
| 3/18/2010 | 862 | | | $ | 29.15 | (25,123.68) | |
| 4/16/2010 | 869 | | | $ | 29.58 | (25,701.54) | |
| 4/19/2010 | | 838 | | $ | 29.71 | | 24,896 |
| 4/30/2010 | | 1,060 | | $ | 27.93 | | 29,601 |
| 5/6/2010 | | 934 | | $ | 25.99 | | 24,270 |
| 5/21/2010 | | 1,079 | | $ | 24.50 | | 26,438 |

KBC EQ.-BUYBACK AM- FIFO + LIFO

|  | Total | (450,879.43) | 282,389 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Total Shares Purchased | 17,962 | Expenditures on shares purchased | (450,879.43) |
| | | - Proceeds from shares purchased and sold | 282,389.22 |
| Expenditures | (450,879.43) | - Value of shares purchased and held | 155,884.20 |
| Total Shares Sold | 10,844 | Damages | (12,606.01) |
| FIFO/LIFO Recognized Sales | 10,844 | | |
| Proceeds | 282,389.22 | | |
| Shares Held | 7,118 | | |
| Value** | 155,884.20 | | |

*Pursuant to PSLRA, retained shares were valued at the average closing price of the shares during the 90 days following the close of the class period. The 90 days lookback average closing price between 08/06/10 and 11/04/10 is $21.90

** Pursuant to FIFO methodology, class period sales are matched against the earliest purchased shares that have not yet been matched to sales. Insofar as the sales are matched to shares that were purchased pre-class period, the sale proceeds are disregarded in the calculation.

*** Pursuant to LIFO methodology, class period sales are matched against most recent open purchases on a last in, first out basis. When all of the prior class period purchases have been matched against class period sales, sales are then matched against pre class period purchases. Class period sales matched against pre class period purchases are not counted in the loss calculations.

**** Sales less than 90 days after the end of the class period of shares that were purchased during the class period are counted for loss calculation purposes at the greater of (a) the sale price or (b) the average closing price of the shares from the end of the class period through the date of the sale.

KBC IF-US EQ. - FIFO + LIFO

**KBC Asset Management N.V. Loss Calculation in Omnicare (NYSE: OCR)**
*Class period January 10, 2007 through August 05, 2010*

<u>KBC IF - US EQUITY</u>

Pre-class period shares – 0          0 Purchases before class period
0 Sales before class period
0 Total before class period

| Date | Buy | Sell | | | Price | Purchase Expenditures | Sale Proceeds |
|---|---|---|---|---|---|---|---|
| 4/20/2007 | 1,433 | | | $ | 41.21 | (59,053.07) | |
| 10/19/2007 | | 274 | | $ | 33.12 | | 9,074.52 |
| 5/27/2008 | 295 | | | $ | 23.59 | (6,959.05) | |
| 9/18/2008 | | 1,454 | | $ | 29.12 | | 42,340.77 |
| 7/1/2009 | 1,455 | | | $ | 25.69 | (37,383.90) | |
| 7/31/2009 | 897 | | | $ | 23.88 | (21,421.71) | |
| 1/4/2010 | | 2,352 | | $ | 24.69 | | 58,078.88 |

Total          (124,817.72)          109,494.17

| | | | | |
|---|---|---|---|---|
| Total Shares Purchased | 4,080 | | Expenditures on shares purchased | (124,817.72) |
| | | | - Proceeds from shares purchased and sold | 109,494.17 |
| Expenditures | (124,817.72) | | - Value of shares purchased and held | 0.00 |
| Total Shares Sold | 4,080 | | | |
| | | | Damages | (15,323.55) |
| FIFO/LIFO Recognized Sales | 4,080 | | | |
| Proceeds | 109,494.17 | | | |
| Shares Held | 0 | | | |
| Value* | 0.00 | | | |

*Pursuant to PSLRA, retained shares were valued at the average closing price of the shares during the 90 days following the close of the class period. The 90 days lookback average closing price between 08/06/10 and 11/04/10 is $21.90

** Pursuant to FIFO methodology, class period sales are matched against the earliest purchased shares that have not yet been matched to sales. Insofar as the sales are matched to shares that were purchased pre-class period, the sale proceeds are disregarded in the calculation.

*** Pursuant to LIFO methodology, class period sales are matched against most recent open purchases on a last in, first out basis. When all of the prior class period purchases have been matched against class period sales, sales are then matched against pre class period purchases. Class period sales matched against pre class period purchases are not counted in the loss calculations.

**** Sales less than 90 days after the end of the class period of shares that were purchased during the class period are counted for loss calculation purposes at the greater of (a) the sale price or (b) the average closing price of the shares from the end of the class period through the date of the sale.

KBC EQ. - MEDIC TECH. - FIFO

**KBC Asset Management N.V. Loss Calculation in Omnicare (NYSE: OCR)**
*Class period January 10, 2007 through August 05, 2010*

<u>KBC EQUITY FUND - MEDIC TECHNOLOGIES</u>

Pre-class period shares -- 3,468

3,468 Purchases before class period
0 Sales before class period
3,468 Total before class period

| Date | Buy | Sell | | Price | Purchase Expenditures | Sale Proceeds |
|---|---|---|---|---|---|---|
| 1/29/2007 | | 1,659 | | $ 40.37 | | |
| 5/7/2007 | 5,975 | | | $ 34.35 | (205,250.81) | |
| 6/5/2007 | 3,985 | | | $ 36.51 | (145,490.76) | |
| 6/12/2007 | 2,589 | | | $ 34.89 | (90,330.21) | |
| 9/28/2007 | | 8,250 | | $ 33.22 | | 213,988.05 |
| 10/23/2007 | | 1,987 | | $ 34.31 | | 68,169.80 |
| 2/5/2008 | 261 | | | $ 22.40 | (5,846.79) | |
| 2/7/2008 | 207 | | | $ 22.92 | (4,743.51) | |
| 9/17/2008 | | 4,589 | | $ 30.18 | | 138,513.00 |
| 10/6/2009 | 6,415 | | | $ 24.39 | (156,454.15) | |
| 11/18/2009 | | 2,714 | | $ 24.21 | | 65,694.54 |
| 4/12/2010 | 152 | | | $ 30.35 | (4,612.64) | |
| 5/7/2010 | 5,325 | | | $ 26.00 | (138,468.11) | |
| 7/27/2010 | | 2,170 | | $ 24.91 | | 54,047.32 |
| 8/5/2010 | | 293 | | $ 22.71 | | 6,654.41 |

Total (751,196.97) 547,067.13

| | | | | |
|---|---|---|---|---|
| Total Shares Purchased | 24,909 | Expenditures on shares purchased | | (751,196.97) |
| | | - Proceeds from shares purchased and sold | | 547,067.13 |
| Expenditures | (751,196.97) | - Value of shares purchased and held | | 147,058.50 |
| Total Shares Sold | 21,662 | Damages | | (57,071.35) |
| FIFO Recognized Sales | 18,194 | | | |
| Proceeds | 547,067.13 | | | |
| Shares Held | 6,715 | | | |
| Value** | 147,058.50 | | | |

\*Pursuant to PSLRA, retained shares were valued at the average closing price of the shares during the 90 days following the close of the class period. The 90 days lookback average closing price between 08/06/10 and 11/04/10 is $21.90

\** Pursuant to FIFO methodology, class period sales are matched against the earliest purchased shares that have not yet been matched to sales. Insofar as the sales are matched to shares that were purchased pre-class period, the sale proceeds are disregarded in the calculation.

\*** Pursuant to LIFO methodology, class period sales are matched against most recent open purchases on a last in, first out basis. When all of the prior class period purchases have been matched against class period sales, sales are then matched against pre class period purchases. Class period sales matched against pre class period purchases are not counted in the loss calculations.

\**** Sales less than 90 days after the end of the class period of shares that were purchased during the class period are counted for loss calculation purposes at the greater of (a) the sale price or (b) the average closing price of the shares from the end of the class period through the date of the sale.

KBC EQ. - MEDIC TECH. - LIFO

**KBC Asset Management N.V. Loss Calculation in Omnicare (NYSE: OCR)**
*Class period January 10, 2007 through August 05, 2010*

KBC EQUITY FUND - MEDIC TECHNOLOGIES

Pre-class period shares — 3,468

3,468 Purchases before class period
0 Sales before class period
3,468 Total before class period

| Date | Buy | Sell | | Price | Purchase Expenditures | Sale Proceeds |
|---|---|---|---|---|---|---|
| 1/29/2007 | | 1,659 | $ | 40.37 | | |
| 5/7/2007 | 5,975 | | $ | 34.35 | (205,250.81) | |
| 6/5/2007 | 3,985 | | $ | 36.51 | (145,490.76) | |
| 6/12/2007 | 2,589 | | $ | 34.89 | (90,330.21) | |
| 9/28/2007 | | 8,250 | $ | 33.22 | | 274,088.10 |
| 10/23/2007 | | 1,987 | $ | 34.31 | | 68,169.80 |
| 2/5/2008 | 261 | | $ | 22.40 | (5,846.79) | |
| 2/7/2008 | 207 | | $ | 22.92 | (4,743.51) | |
| 9/17/2008 | | 4,589 | $ | 30.18 | | 83,910.69 |
| 10/6/2009 | 6,415 | | $ | 24.39 | (156,454.15) | |
| 11/18/2009 | | 2,714 | $ | 24.21 | | 65,694.54 |
| 4/12/2010 | 152 | | $ | 30.35 | (4,612.64) | |
| 5/7/2010 | 5,325 | | $ | 26.00 | (138,468.11) | |
| 7/27/2010 | | 2,170 | $ | 24.91 | | 54,047.32 |
| 8/5/2010 | | 293 | $ | 22.71 | | 6,654.41 |
| | | | | Total | (751,196.97) | 552,564.86 |

| | | | | |
|---|---|---|---|---|
| Total Shares Purchased | 24,909 | | Expenditures on shares purchased | (751,196.97) |
| | | | - Proceeds from shares purchased and sold | 552,564.86 |
| Expenditures | (751,196.97) | | - Value of shares purchased and held | 147,058.50 |
| Total Shares Sold | 21,662 | | Damages | (51,573.61) |
| LIFO Recognized Sales | 18,194 | | | |
| Proceeds | 552,564.86 | | | |
| Shares Held | 6,715 | | | |
| Value** | 147,058.50 | | | |

*Pursuant to PSLRA, retained shares were valued at the average closing price of the shares during the 90 days following the close of the class period. The 90 days lookback average closing price between 08/06/10 and 11/04/10 is $21.90

** Pursuant to FIFO methodology, class period sales are matched against the earliest purchased shares that have not yet been matched to sales. Insofar as the sales are matched to shares that were purchased pre-class period, the sale proceeds are disregarded in the calculation.

*** Pursuant to LIFO methodology, class period sales are matched against most recent open purchases on a last in, first out basis. When all of the prior class period purchases have been matched against class period sales, sales are then matched against pre class period purchases. Class period sales matched against pre class period purchases are not counted in the loss calculations.

**** Sales less than 90 days after the end of the class period of shares that were purchased during the class period are counted for loss calculation purposes at the greater of (a) the sale price or (b) the average closing price of the shares from the end of the class period through the date of the sale.

KBC EQ.-FALLEN - FIFO + LIFO

## KBC Asset Management N.V. Loss Calculation in Omnicare (NYSE: OCR)
*Class period January 10, 2007 through August 05, 2010*

### KBC EQUITY FUND - FALLEN ANGELS

Pre-class period shares -- 0

0 Purchases before class period
0 Sales before class period
0 Total before class period

| Date | Buy | Sell | | | Price | Purchase Expenditures | Sale Proceeds |
|---|---|---|---|---|---|---|---|
| 5/26/2009 | 961 | | | $ | 24.96 | (23,982.52) | |
| 8/26/2009 | 385 | | | $ | 23.48 | (9,038.65) | |

|  |  |
|---|---|
| Total | (33,021.17) |

| | | | | |
|---|---|---|---|---|
| Total Shares Purchased | 1,346 | Expenditures on shares purchased | (33,021.17) |
| | | - Proceeds from shares purchased and sold | 0.00 |
| Expenditures | (33,021.17) | - Value of shares purchased and held | 29,477.40 |
| Total Shares Sold | 0 | Damages | (3,543.77) |
| FIFO/LIFO Recognized Sales | 0 | | |
| Proceeds | 0.00 | | |
| Shares Held | 1,346 | | |
| Value** | 29,477.40 | | |

*Pursuant to PSLRA, retained shares were valued at the average closing price of the shares during the 90 days following the close of the class period. The 90 days lookback average closing price between 08/06/10 and 11/04/10 is $21.90

** Pursuant to FIFO methodology, class period sales are matched against the earliest purchased shares that have not yet been matched to sales. Insofar as the sales are matched to shares that were purchased pre-class period, the sale proceeds are disregarded in the calculation.

*** Pursuant to LIFO methodology, class period sales are matched against most recent open purchases on a last in, first out basis. When all of the prior class period purchases have been matched against class period sales, sales are then matched against pre class period purchases. Class period sales matched against pre class period purchases are not counted in the loss calculations.

**** Sales less than 90 days after the end of the class period of shares that were purchased during the class period are counted for loss calculation purposes at the greater of (a) the sale price or (b) the average closing price of the shares from the end of the class period through the date of the sale.

KBC EQ.-PHARMA GR - FIFO + LIFO

**KBC Asset Management N.V. Loss Calculation in Omnicare (NYSE: OCR)**
*Class period January 10, 2007 through August 05, 2010*

<u>KBC EQUITY FUND - PHARMA GROWTH</u>

Pre-class period shares -- 0

0 Purchases before class period
0 Sales before class period
0 Total before class period

| Date | Buy | Sell | | | Price | Purchase Expenditures | Sale Proceeds |
|---|---|---|---|---|---|---|---|
| 5/7/2007 | 6,208 | | | $ | 34.35 | (213,254.73) | |
| 9/28/2007 | | 6,208 | | $ | 33.22 | | 206,247.14 |

|  |  |
|---|---|
| Total | (213,254.73) | 206,247.14 |

| | | | |
|---|---|---|---|
| Total Shares Purchased | 6,208 | Expenditures on shares purchased | (213,254.73) |
| | | - Proceeds from shares purchased and sold | 206,247.14 |
| Expenditures | (213,254.73) | - Value of shares purchased and held | 0.00 |
| Total Shares Sold | 6,208 | Damages | (7,007.59) |
| FIFO/LIFO Recognized | | | |
| Sales | 6,208 | | |
| Proceeds | 206,247.14 | | |
| Shares Held | 0 | | |
| Value** | 0.00 | | |

*Pursuant to PSLRA, retained shares were valued at the average closing price of the shares during the 90 days following the close of the class period. The 90 days lookback closing price between 08/06/10 and 11/04/10 is $21.90

** Pursuant to FIFO methodology, class period sales are matched against the earliest purchased shares that have not yet been matched to sales.  Insofar as the sales are matched to average shares that were purchased pre-class period, the sale proceeds are disregarded in the calculation.

*** Pursuant to LIFO methodology, class period sales are matched against most recent open purchases on a last in, first out basis. When all of the prior class period purchases have been matched against class period sales, sales are then matched against pre class period purchases. Class period sales matched against pre class period purchases are not counted in the loss calculations.

**** Sales less than 90 days after the end of the class period of shares that were purchased during the class period are counted for loss calculation purposes at the greater of (a) the sale price or (b) the average closing price of the shares from the end of the class period through the date of the sale.

KBC EQ. - QUANT - FIFO + LIFO

**KBC Asset Management N.V. Loss Calculation In Omnicare (NYSE: OCR)**
*Class period January 10, 2007 through August 05, 2010*

### KBC EQUITY FUND - QUANT GLOBAL 1

Pre-class period shares -- 0

0 Purchases before class period
0 Sales before class period
0 Total before class period

| Date | Buy | Sell | | | Price | Purchase Expenditures | Sale Proceeds |
|---|---|---|---|---|---|---|---|
| 6/30/2009 | 2,509 | | | $ | 25.76 | (64,631.84) | |
| 7/2/2009 | | 608 | | $ | 24.95 | | 15,169.60 |
| 7/8/2009 | | 365 | | $ | 25.26 | | 9,218.26 |
| 7/14/2009 | 353 | | | $ | 25.21 | (8,899.13) | 0.00 |
| 7/15/2009 | 631 | | | $ | 25.45 | (16,057.94) | 0.00 |
| 9/2/2009 | | 1,421 | | $ | 22.90 | | 32,537.21 |
| 9/14/2009 | | 315 | | $ | 23.93 | | 7,538.96 |
| 9/15/2009 | 318 | | | $ | 24.04 | (7,645.20) | 0.00 |
| 9/21/2009 | | 394 | | $ | 24.04 | | 9,471.76 |
| 9/25/2009 | | 216 | | $ | 22.68 | | 4,898.04 |
| 9/30/2009 | | 492 | | $ | 22.52 | | 11,079.84 |

|  | Total | (97,234.11) | 89,913.66 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Total Shares Purchased | 3,811 | Expenditures on shares purchased | (97,234.11) |
| | | - Proceeds from shares purchased and sold | 89,913.66 |
| Expenditures | (97,234.11) | - Value of shares purchased and held | 0.00 |
| Total Shares Sold | 3,811 | | |
| | | Damages | (7,320.45) |
| FIFO/LIFO Recognized Sales | 3,811 | | |
| Proceeds | 89,913.66 | | |
| Shares Held | 0 | | |
| Value** | 0.00 | | |

*Pursuant to PSLRA, retained shares were valued at the average closing price of the shares during the 90 days following the close of the class period. The 90 days lookback closing price between 08/06/10 and 11/04/10 is $21.90

** Pursuant to FIFO methodology, class period sales are matched against the earliest purchased shares that have not yet been matched to sales. Insofar as the sales are matched to average shares that were purchased pre-class period, the sale proceeds are disregarded in the calculation.

*** Pursuant to LIFO methodology, class period sales are matched against most recent open purchases on a last in, first out basis. When all of the prior class period purchases have been matched against class period sales, sales are then matched against pre class period purchases. Class period sales matched against pre class period purchases are not counted in the loss calculations.

**** Sales less than 90 days after the end of the class period of shares that were purchased during the class period are counted for loss calculation purposes at the greater of (a) the sale price or (b) the average closing price of the shares from the end of the class period through the date of the sale.